# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-1596

_____

Jason Adam Jensen

*Plaintiff - Appellant*

v.

Citibank, N.A., a Corporation; Citigroup Inc., A Delaware Corporation;
JH Met Subsidiary B. Liquidating Trust, A Legal Trust Type Corporation

*Defendants - Appellees*

David R. Gamache, individual capacity as an attorney; State of Missouri;
Chief Justice Paul C. Wilson, in his official capacity as Courts Administrator;
Missouri Office of Court Administration, a State entity;
Kathy Lloyd, official capacity as State Court Administrator

*Defendant*s

Stone County, Missouri, a State entity; Mechelle Lebow, official capacity as Stone
County Court Clerk; In Re Judge Alan Mark Blankenship, in his Exercise of
Judgment of Federal Law capacity; Judge David A. Cole, official administrative
capacity as Presiding Judge of Stone County;
Sheriff Doug Radar, official capacity Stone County Sheriff

*Defendants - Appellees*

Gamache & Myers, P.C.; Frankel, Rubin, Klein, Payne, Pudlowski, P.C.;
Esq. Mayer Simcha Klein

*Defendant*s

_____

Appeal from United States District Court
for the Western District of Missouri
_____

Submitted: October 3, 2024
Filed: October 11, 2024
[Unpublished]
_____

Before GRASZ, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jason Jensen appeals following the district court's[1] denial of in forma pauperis status and dismissal of his pro se action. After careful de novo review of the record, the parties' submissions on appeal, and the issues properly before us, we find no basis for reversal. *See Nerness v. Johnson*, 401 F.3d 874, 875 (8th Cir. 2005) (standard of review for denial of in forma pauperis status); *Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (standard of review for dismissal of pre-service claims); *Chase v. Andeavor Logistics, L.P.*, 12 F.4th 864, 868 (8th Cir. 2021) (standard of review for dismissal under Fed. R. Civ. P. 12). Accordingly, we affirm. Additionally, Jensen's Supplemental Petition for Writ of Mandamus filed on October 6, 2024 and the remaining pending motions are denied. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.